UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY M. ELLSWORTH,<br>Plaintiff,<br>v.<br>STEVEN MARTINEZ,<br>Defendant. | Case No. 2:26-cv-1889-DJC-JDP (P)<br><br>FINDINGS AND RECOMMENDATIONS |

On June 15, 2026, documents sent to plaintiff were returned as undeliverable at the address listed for him. On August 26, 2026, I entered an order directing plaintiff to show cause for his failure to keep the court apprised of his current address. ECF No. 6. Therein, I advised plaintiff that his failure to respond to my order within twenty-one days would result in a recommendation that this action be dismissed. *Id.* at 2. Plaintiff has not responded and the deadline for doing so has passed.

It is a plaintiff's duty to keep the court informed of his current address. In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective." Further, Local Rule 183(b) provides: "A party

appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

In light of plaintiff's failure to keep the court apprised of his current address and failure to respond to my show cause order, ECF No. 6, it is hereby RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute pursuant to L.R. 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: October 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE